# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 2, 2012

Robert P. Young, Jr.,
Chief Justice

144180

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v                                                        SC: 144180
                                                         COA: 299468
                                                         Wayne CC: 10-001388-FH
STEVEN KEITH BOU,
          Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the October 18, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

CAVANAGH and MARILYN KELLY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 2, 2012                                    _____
p0425                                                        Clerk